IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00122-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.   JOHN ALAN LITTLEFORD,

   Defendant.

---

**DEFENDANT LITTLEFORD'S UNOPPOSED MOTION TO MODIFY THE LEVEL OF RESTRICITION APPLCABLE TO SPECIFIC SENTENCING DOUMENTS FILED ON BEHALF OF OR PERTAINING TO CO-DEFENDANTS CALLAS AND ESKANOS**

---

   Dr. John Littleford moves the Court to modify the level of restriction applicable to specific sentencing related documents filed by or pertaining to defendants Callas and Eskanos.  Dr. Littleford requests that restriction level for the following documents be changed from Restricted Level 2 to Restricted Level 1:

   Document 391

   Document 394

   Document 399

   Document 404

   Document 413

The purpose of this motion is to allow Dr. Littleford's counsel access to the above-identified documents, which upon information and belief are relevant and helpful in the preparation of Dr. Littleford's sentencing documents and the sentencing hearing itself. The grounds for this motion are as follows:

1. Pursuant to D.C.COLO.LCrR 32.1 Motions for variant sentences are not subject to the same confidentiality presumptions as the PSIR and objections thereto.

2. Based upon the Courts remark during Mr. Callas's sentencing hearing, the defense does not believe there is anything in these documents that is not fit for public consumption. This case does not implicate the safety issues inherent in many other matters before this Court.

3. Based upon conversations with co-defendants' counsel in this case, undersigned counsel believe that information contained in the above-identified documents will assist in preparing for Dr. Littleford's sentencing.

4. Undersigned counsel has communicated with Messrs. Richilano and Lozow, each of whom authorized undersigned counsel to represent to the court that they had no objection to changing the Restriction Level of the above-referenced documents from Level 2 to Level 1 Restriction thereby making the documents available to Dr. Littleford's counsel. AUSA McNeilly also advised that, provided Messrs. Richilano and Lozow did not object, the Government would not oppose this requested modification.

Respectfully submitted,

s/Mitchell Baker
Mitchell Baker
Attorney at Law
1543 Champa St. Ste. 400
Denver, CO  80202
(303) 592-7353
mitchbaker@estreet.com
Attorney for Defendant John Alan Littleford

s/Thomas E. Goodreid
Thomas E. Goodreid
Attorney at Law
1801 Broadway, Suite 1400
Denver, CO  80202
(303) 296-2048x.136
*t.goodreid@comcast.net*
Attorney for Defendant John Alan Littleford

## CERTIFICATE OF SERVICE

I certify that on this 18th day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Mitchell Baker
Mitchell Baker
Attorney at Law
1543 Champa St. Ste. 400
Denver, CO  80202
(303) 592-7353
mitchbaker@estreet.com
Attorney for Defendant John Alan Littleford